In re EAST RIVER GAS CO. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of the East River Gas Company. T. Connoly, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ECKHARDT, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Arthur C. Eckhardt against the New York City Railway Company. No opinion. Judgment of the Municipal Court affirmed, on consent in open court, with costs.

ELLEFSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Selma Ellefson against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

ENRIGHT v. BOYD. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by James J. Enright against John Boyd, individually, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EQUITABLE MFG. CO., Appellant, v. JOHNSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the Equitable Manufacturing Company against H. Bailey Johnson. No opinion Judgment of the County Court of Orange county affirmed, with costs.

ERICKSON, Respondent, v. PETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Edward Erickson against Charles G. Peterson. No opinion. Judgment and order affirmed, with costs.

ERIE COUNTY, Respondent. v. HAUEN-STEIN, Appellant, et al. (Supreme Court Appellate Division, Fourth Department. October 9, 1907.) Action by the county of Erie against Oscar H. Hauenstein, as administrator, etc., impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

EVERETT, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Jane Esther Everett against Jesse Jones, as executor, etc.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to the appellant to abide event, upon questions of law and fact. Held, that the decision and judgment were contrary to the evidence.

McLENNAN, P. J., dissents.

E. W. BLISS CO., Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the E. W. Bliss Company against Frank C. Armstrong. No opinion. Order affirmed, with $10 costs and disbursements.

FALLON, Respondent, v. MERTZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Thomas Fallon against Louis C. Mertz and others. No opinion. Judgment and order affirmed with costs. See 97 N. Y. Supp. 417.

FARMERS' LOAN &, TRUST CO. v. KIP et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by the Farmers' Loan & Trust Company against Francis C. Kip and others. No opinion. Motion granted. Questions certified. Order filed.

In re FAWCETT'S WILL. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) In the matter of proving the instrument propounded for probate as and for the last will and testament of John Fawcett, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

FIFTH AVE. LIBRARY SOCIETY, Appellant, v. WEIL, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the Fifth Avenue Library Society against Emil Weil.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within 20 days and pay the respondent $10 costs. On compliance, the motion to dismiss the appeal is denied, without costs, and the case placed at the foot of the present calendar.

FINCH v. GILLESPIE. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Edward C. J. Finch against Earl A. Gillespie. No opinion. Submission dismissed, without costs, with leave to the parties to provide for judgment by an additional submission, if so advised, within 20 days.

FINK, Appellant, v. STALBIRD, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Nathan Fink against Ernest E. Stalbird. No opinion. Judgment and order unanimously affirmed, with costs.

FINKELSTEIN et al., Respondents, v. ALPERSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Jacob Finkelstein and others against Karl Alperstein and others. No opinion. Motion to dismiss appeal granted, with costs, unless the appellants perfect the appeal in time to place the case upon the next calendar of this court for argument. On compliance, motion to dismiss appeal denied, without costs.

FITTER et al. v. MORONEY et al. (Supreme Court, Appellate Division, First Depart-